UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL MORENO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON CONSUMER INC., d/b/a OGX BEAUTY,<br><br>　　　　Defendant. | Honorable Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No.: 3:21-cv-18128<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Moreno and Defendant Johnson & Johnson Consumer Inc. by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice. All parties shall bear their own attorneys' fees, costs, and expenses and waive all rights of appeal.

Dated: March 22, 2022

| | |
|---|---|
| **CARLTON FIELDS, P.A.** | **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** |
| By: _/s/ Kenneth J. Cesta_<br>　　　Kenneth J. Cesta | By: _/s/ Gary S. Graifman_<br>　　　Gary S. Graifman |
| 180 Park Avenue, Suite 106<br>Florham Park, New Jersey 07932-1054<br>Telephone: (973) 828-2600<br>kcesta@carltonfields.com | 135 Chestnut Ridge Road, Suite 200<br>Montvale, New Jersey 06745<br>Telephone: (845) 356-2570<br>ggraifman@kgglaw.com |
| _Attorneys for Defendant_<br>_Johnson & Johnson Consumer Inc._ | _Attorneys for Plaintiff Daniel Moreno_ |

**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**
Melissa R. Emert
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
memert@kgglaw.com
*Attorneys for Plaintiff Daniel Moreno*

**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP**
Gayle M. Blatt
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
gmb@cglaw.com
*Attorneys for Plaintiff Daniel Moreno*

**CARLTON FIELDS, LLP**
Mark A. Neubauer, Esq.
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Tel: (310) 843-6300
mneubauer@carltonfields.com
*Attorneys for Defendant Johnson & Johnson Consumer, Inc.*

So Ordered this 24th day of March, 2022

Hon. Zahid N. Quraishi
United States District Judge

2